UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

DWIGHT E. LACY,

        Plaintiff,

  v.

L. JENSEN, G. POWE, J. L. PULSIPHER, and OFFICER THORTON,

        Defendants.

NO. CV-08-0868-EFS (PC)

**ORDER DISMISSING ACTION WITHOUT PREJUDICE AND CLOSING FILE**

On August 5, 2009, the Court directed *pro se* Plaintiff Melvin Dismuke to submit to the Court specific identified documents within forty-five days.  (Ct. Rec. 31.)  The Court explicitly cautioned Plaintiff that failure to do so may result in dismissal.  To date, Plaintiff has not submitted these documents. Accordingly, **IT IS HEREBY ORDERED**: Plaintiff's complaint **(Ct. Rec. 17)** is **DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**  The District Court Executive is directed to:

    1.   enter this Order;

    2.   enter **judgment** of dismissal without prejudice;

ORDER * 1

3. forward a copy of this Order to the **California Department of Corrections, Office of Legal Affairs, P.O. Box 942883, Sacramento, CA 94283-0001,** to forward to the appropriate agency having custody of Plaintiff; and

4. close the file.

**DATED** this ___23rd___ day of November 2009.

                S/ Edward F. Shea
                EDWARD F. SHEA
       United States District Judge

C:\WINDOWS\Temp\notes101AA1\ed.ca.08.0868.dismiss.failtoreturn.wpd

ORDER * 2